■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VIDAL, Appellant. [625 NYS2d 892] —Judgment, Supreme Court, Bronx County (Max Sayah, J.), rendered April 8, 1993, convicting defendant, after a jury trial, of criminal sale of a

controlled substance in the third degree, and, sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The arresting officer's testimony to the effect that the undercover officer confirmed defendant as the seller in a post-buy drive-by did not, in the context of this buy-and-bust case, constitute impermissible bolstering of the undercover's own testimony concerning his drive-by confirmatory identification, and was properly admitted as providing a necessary explanation of the events that precipitated defendant's arrest *(see, People v Sarmiento,* 168 AD2d 328, 329, *affd* 77 NY2d 976). The jury was also properly instructed to consider the undercover officer's testimony in relation to the sale. Concur—Rosenberger, J. P., Ellerin, Rubin, Ross and Tom, JJ.